**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-2369**

AFAF KANANZEH,

                    Plaintiff – Appellant,

          v.

TWG ENTERPRISES, INC.; WENDY J. GETEZ; W. NICHOLAS GOETZ;
LONG & FOSTER CORP.; STEPHANIE BARKER GREAULT,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.     Leonie M. Brinkema,
District Judge. (1:12-mc-00040-LMB-TCB)

Submitted: April 18, 2013          Decided: April 22, 2013

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Afaf Kananzeh, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Afaf Kananzeh appeals the district court's order accepting the recommendation of the magistrate judge and denying her application seeking leave to file a complaint. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Kananzeh v. TWG Enters., Inc., No. 1:12-mc-00040-LMB-TCB (E.D. Va. Oct. 19, 23 & 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED